# CRIMINAL MINUTE SHEET
☐ Arraignment / Change of Plea ☒

Date: 08/22/07
Time: 2:55-3:50

Case No. 07CR066-D
Interpreter:
Int. Phone:

## USA vs. MICHAEL DAVID BELDERRAIN

| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |
|---|---|---|---|---|
| Downes | Collins | Hendrich | Williamson/Miller | Sedar |

**APPEARANCES**
Government: John Barksdale
Defendant: Rob Rogers
☐ CJA ☒ FPD ☐ RET ☐ WAIVED

☐ Defendant waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**
☐ Not Guilty to Count(s) _____ of an Indictment
☒ Guilty to Count(s) 1, 4, 5 of an Indictment
☐ Nolo Contendre

**NOT GUILTY PLEA**
☐ Court accepts Nolo Contendre Plea
☐ Court orders discovery per Rule 16 FRCrP
☐ Court orders access to Grand Jury Transcripts
☐ Motions to be filed in _____ days or on/before _____
☐ Trial date set for _____ at _____
In _____

**GUILTY PLEA**
☒ Court is satisfied there is factual basis for plea of guilty
☒ Defendant referred to probation for presentence investigation
☒ Defendant advised on consequences of a plea of guilty
☒ Plea Agreement filed
☒ Sentencing set for 11/21/2007 at 8:30 am
In Casper
☒ Plea conditionally accepted
☒ Count(s) 2 and 3 to be dismissed at time of sentencing

☐ Other _____

**BOND IS**
☐ Defendant is detained
☐ Set at $ _____  ☐ Cash or Surety  ☐ Unsecured
☒ Continued on the same terms and conditions
☐ Continued on bond with the additional conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____
☐ Report to Pretrial Services as directed
☐ Maintain current residence
☐ Not use or possess firearms/ammunition/explosives
☐ Not use or possess alcohol
☐ Submit to drug/alcohol testing
☐ Surrender passport to _____
☐ Obey all laws. Federal, State and Local
☐ Undergo Medical/Psychiatric treatment/exam
☒ Other
   Motion to Amend Count 5 of Indictment filed by USA - Granted

☐ Seek/Maintain employment
☐ Travel restricted to _____
☐ Abide by the following curfew
☐ Not use or possess controlled substances/drugs
☐ Not use alcohol to excess
☐ Avoid all contact with
☐ Post property or sum of money _____
☐ Do not obtain passport